# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tiffany D. Jones,

    Plaintiff,

        v.                                            Case No. 1:11cv896

Spring Valley Bank, *et al.*,                    Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 29, 2012 (Doc. 11).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). The Court notes, however, that although such notice was served upon the Plaintiff via certified mail, no return receipt was ever filed indicating that Plaintiff indeed received the aforementioned Report and Recommendation by the Magistrate Judge. Nonetheless, it is incumbent upon the Plaintiff to apprise the Court of her change of address. *See*, e.g., *Theede v. United States Department of Labor*, 172 F.3d 1262, 1265 (10th Cir. 1999). As such, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Complaint (Doc. 1) is **DISMISSED** with prejudice for failure to prosecute. Defendants' Motion to Dismiss (Docs. 7 & 8) are **GRANTED**. This matter is terminated from the docket of this Court.

    **IT IS SO ORDERED.**

                                                    *S/Michael R. Barrett*
                                                    Michael R. Barrett
                                                    United States District Judge